**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Guadalupe Martinez, | ) | |
| Plaintiff, | ) | No. CV-05-508 TUC-JMR |
| v. | ) | |
| Jo Anne B. Barnhart, Commissioner of Social Security, | ) | **ORDER** |
| Defendant. | ) | |

This case arises from a claim by Plaintiff for Social Security benefits. The Honorable Frederick J Graf ("ALJ") determined that Plaintiff was not disabled as defined by the Social Security Act. Plaintiff's request for review of the ALJ's decision was denied by the Appeals Council. Thereafter, Plaintiff initiated this action.

Pending before this Court are cross-motions for summary judgment disputing whether the ALJ's decision was supported by substantial evidence. Plaintiff contends that the ALJ erred by improperly evaluating Plaintiff's residual functioning capacity and by failing to evaluate the impact of Plaintiff's obesity.

On March 2, 2006, after a thorough and well-documented analysis, Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation (R & R) to this Court. Neither party filed an objection to the R & R. The Magistrate Judge recommended that Plaintiff's motion be granted, Defendant's motion be denied, and that Plaintiff's claim be remanded for

further proceedings. In her analysis, the Magistrate Judge determined that the final decision of the Commissioner is not supported by substantial evidence. Specifically, the Magistrate Judge concluded that the ALJ failed to give specific and legitimate reasons for crediting the opinion of the non-examining physicians over the opinion of Plaintiff's examining physician, Enrique Sanchez.

If there are no objections to the R & R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Edmond's recommendations are not clearly erroneous or contrary to law. The Court agrees that the ALJ's decision is not supported by substantial evidence and that justice would be served by remanding this action for further proceedings.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of the Magistrate Judge filed **March 2, 2006,** is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's cross-motion for summary judgment is **DENIED**

**IT IS FURTHER ORDERED** that the instant action is **REMANDED TO THE**

**COMMISSIONER** for further action consistent with this **ORDER** and the **REPORT AND RECOMMENDATION** and for further appropriate administrative proceedings consistent with that additional development.

DATED this 11th day of April, 2006.

_____
John M. Roll
United States District Judge